1  Debbie P. Kirkpatrick, Esq. (SBN 207112)
2  Sondra R. Levine, Esq. (SBN 254139)
   SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3  1545 Hotel Circle South, Ste 150
   San Diego, CA  92108
4  Tel:    619/758-1891
5  Fax:    619/296-2013
   dpk@sessions-law.biz
6  slevine@sessions-law.biz

7
   Attorneys for Defendant Phillips & Cohen Associates, Ltd.
8

9              UNITED STATES DISTRICT COURT

10            SOUTHERN DISTRICT OF CALIFORNIA

11
   FRANO B. BRESSANUTTI, IRENE          )  Case No.  10 CV 1922 MMA CAB
12 BRESSANUTTI,                         )
13              Plaintiffs,             )  DEFENDANT, PHILLIPS & COHEN
                                        )  ASSOCIATES, LTD.'S RULE 7.1 (a)
14      vs.                             )  CORPORATE DISCLOSURE
                                        )  STATEMENT
15 ADVANTA   BANK,   PHILLIPS   AND)
16 COHEN  ASSOCIATES,  LTD.,  DOES  1)
17 THROUGH 100, INCLUSIVE,             )
                                        )
18              Defendants.            )

19

20      NOW INTO COURT, through undersigned counsel, comes Defendant Phillips &

21 Cohen Associates, Ltd., erroneously sued as Phillips And Cohen Associates, Ltd, which,
22
23 pursuant to 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its
24 Corporate Disclosure Statement and states as follows:
25
26      1.      Fed. R. Civ. P. 7.1(a) provides:  "A nongovernmental corporate party to an
27 action or proceeding in a district court must file two copies of a statement that identifies
28

1  any parent corporation and any publicly held corporation that owns 10% or more of its

2
3  stock or states that there is no such corporation."

4          2.      Phillips & Cohen Associates, Ltd. has no parent corporation and no

5  publically held corporation owns 10% or more of its stock.  Phillips & Cohen Associates,

6  Ltd. is owned by Matthew Phillips, Adam Cohen and Howard Enders.

7
8
9
10  Dated: 9/16/10                    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

11
12                                    */s/Sondra R. Levine*

13                                    _____

14                                    Sondra R. Levine
                                      Attorney for Defendant Phillips & Cohen Associates,
15                                    Ltd.

16
17
18
19
20
21
22
23
24
25
26
27
28