1 | THE INIGUEZ LAW FIRM, P.C.
MIGUEL A. INIGUEZ, SBN 228365
2 | MIGUEL@INIGUEZLAW.COM
11690 PACIFIC AVENUE, SUITE 110
3 | FONTANA, CA 92337
Telephone: (909) 581-7348
4 | Facsimile: (909) 581-7534

5 | THE SEIDEMAN LAW FIRM, P.C.
GREGORY M. FITZGERALD, SBN 153082
6 | GFITZGERALD@SEIDLAW.COM
SHANNON M. BRODERICK, SBN 247993
7 | SBRODERICK@SEIDLAW.COM
WILLIAM J. CAMPBELL, SBN 248729
8 | WCAMPBELL@SEIDLAW.COM
11690 PACIFIC AVENUE, SUITE 110
9 | FONTANA, CA 92337
Telephone: (909) 581-7348
10 | Facsimile: (909) 581-7534

ATTORNEYS FOR PLAINTIFF: FRANCO B. BRESSANUTTI AND IRENE BRESSANUTTI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCO B. BRESSANUTTI, IRENE BRESSANUTTI, <br><br>PLAINTIFF, <br>VS. <br><br>ADVANTA BANK, PHILLIPS AND COHEN ASSOCIATES, LTD., DOES 1 THROUGH 100, INCLUSIVE, <br><br>DEFENDANT | Case No.: 10cv1922-MMA <br><br>**NOTICE OF MOTION FOR ORDER REMANDING THE CASE TO STATE COURT AND FOR AN ORDER FOR PAYMENT OF COSTS AND ATTORNEY FEES** <br><br>Date: November 16, 2010 <br>Time: 2:30p.m. <br>Place: Courtroom 5 <br>Judge: Hon. Michael M. Anello |

Notice is hereby given that Plaintiffs herein will move the above entitled court, located at 940 Front Street, San Diego, CA 92101, on November 16, 2010 at 2:30p.m. in Courtroom 5 for an order remanding the above matter to state court.  Plaintiffs will also seek an order requiring Defendants Phillips and Cohen Associates, LTD. to pay costs and attorney fees.

The motion will be made on the basis that the notice of removal is defective.  (28 U.S.C. 1446, 28 U.S.C. 1447).  The motion will also be made based on abstention principles. (<u>Quackenbush v. Allstate Ins. Co.</u>,(1996) 517 U.S. 706, 730-731).

The motion will be based on the points and authorities filed herewith, the declaration of William James Campbell, the file herein and on such other information that may develop at the hearing.

**Motion to Remand and for Costs On Grounds of Defective Removal and Abstention**

1. Plaintiffs are Franco B. Bressanutti and Irene Bressanutti; Defendants are Advanta Bank and Phillips and Cohen Associates, LTD.

2. On July 30, 2010 Plaintiff sued Defendants Advanta bank and Phillips and Cohen Associates, LTD. for Violation of the California Rosenthal Fair Debt Collections Practices Act and the Federal Fair Debt Collections Practices Act.

3. The Lawsuit was originally filed in the Superior Court of California County of San Diego and was given case number 37-2010-00097041-CU-MC-CTL.

4. Defendant Phillips & Cohen Associates, LTD. was served on August 13, 2010. (See Exhibit "A" attached to this motion).

5. Defendant Advanta Bank was served on August 13, 2010. (See Exhibit "B" attached to this motion).

6. On September 13, 2010 Defendant Phillips and Cohen Associates, LTD. served the notice on Plaintiff's counsel. However, the notice was not filed with the court until September 14, 2010 pursuant to the courts email notice sent September 16, 2010.

7. In Defendant Phillips and Cohen Associates, LTD.'s notice of removal Defendant Phillips and Cohen Associates, LTD. stated "Defendant Phillips & Cohen Associates, LTD. is informed and believes that the service on Defendant Advanta Bank Corp. defective and the FDIC has not been served with the complaint in this matter."

8. Not only was Defendant Advanta Bank served by Plaintiff's counsel, William James Campbell, spoke to Jennan Shemise, Esq. senior attorney for the FDIC legal Division on September 9, 2010. Jennan Shemise made contact with William James Campbell because she had the complaint and wanted to discuss settlement.

9. The Notice of Removal is defective under 28 U.S.C. §1446 because one of the individually named Defendant, Advanta Bank have not joined in the removal.

10. The Notice of Removal is defective because Defendant Phillips and Cohen Associates, LTD. filed the Notice of Removal on Plaintiff 31 days after the original complaint was served on Defendant Phillips and Cohen Associates, LTD.

11. The State of California has a vital state interest in both enforcing the Rosenthal Fair Debt Collections Practices Act and enforcing Contracts entered into in the State of California.

12. The Federal Fair Debt Collections Practices Act itself recognizes the states interest by allowing each state to adopt its own Debt Collection Regulations. (See 15 U.S.C. §1692n).

13. Removal would result in needless intervention by the federal courts and needless conflict with the State of California's administration of its own pervasive regulatory scheme for regulating debt collectors.

14. The Court should remand this case back to the California Superior Court on the grounds that all the Defendants were not properly joined, the Notice of Removal was filed more than thirty days after Defendant Philips and Cohen Associates, LTD. was personally

served the original complaint, and based on abstention principles.

15. Plaintiffs further move the Court to order the payment to Plaintiff by the removing Defendants of all costs, including attorneys fees, incurred by reason of the removal proceeding in the amount of $600.00.

Wherefore, the Plaintiff's pray that this case be remanded to the Superior Court of the State of California, County of San Diego, in accordance with the requirements of Title 28, Section 1447(c), and for an order awarding Plaintiff's their costs, including attorney's fees, incurred by reason of the removal proceeding.

Dated: September 17, 2010      The Iniguez Law Firm, P.C.


                                    s/ William J. Campbell
                                    William J. Campbell
                                    Attorney for Plaintiff
                                    Franco B. Brassanutti
                                     and Irene Brassenutti