POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY<br>William J. Campbell SBN 248729<br>The Iniguez Law Firm, P.C.<br>11690 Pacific Avenue Suite 110<br>Fontana, CA 92337<br>909-581-7348<br>ATTORNEY FOR Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO<br>220 W. Broadway<br>San Diego, CA 92101 | |
| PLAINTIFF/PETITIONER: Franco B Bressanutti, Irene Bressanutti<br>DEFENDANT/RESPONDENT: Advanta Bank, et. al. | CASE NUMBER:<br>37-2010-00097041-CU-MC-CTL |
| **Proof of Service of Summons** | REF NO OR FILE NO:<br>6075789.9045 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

    *File by Fax*

    Summons, Civil Case Cover Sheet, Complaint

    ADR Information

    Notice of Case Assignment

3a. Party Served:

    Phillips and Cohen Associates, Ltd.

3b. Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made):

    Richard Jones-
    process agent

4. Address where the party was served:

    1002 Justison Street
    Wilmington, DE 19801

5. I served the party:
    a. By personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party.

    (1) on: 8/13/2010    (2) at: 02:30 PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

    d. on behalf of: Phillips and Cohen Associates, Ltd.

    under the following Code of Civil Procedure section:

    416.10 (Corporation)

7. Person who served papers
    a. Name: Kevin S. Dunn

CONTINUED ON NEXT PAGE

| Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>[Revised January 1, 2007] | **Proof of Service of Summons** | Code of Civil Procedure, §417.10<br>Invoice No: 765682-02 |
|---|---|---|

| PLAINTIFF/PETITIONER: Franco B Bressanutti, Irene Bressanutti<br>DEFENDANT/RESPONDENT: Advanta Bank, et. al. | CASE NUMBER:<br>37-2010-00097041-CU-MC-CTL |
|---|---|

    b. Address: 14748 Pipeline Avenue, Suite B, Chino Hills, CA 91709
    c. Telephone number: 909-664-9565
    d. The fee for this service was: 139.50
    e. I am:
    (3) [X] a registered California process server:
        (i) [X] Independent ContractorIndependent Contractor
        (ii) Registration No.:  Expires:
        (iii) County: 00

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


8/16/2010

Kevin S. Dunn

Rapid Legal, Inc., San Bernardino Co. Reg. #1086, Expires 04-15-12

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Revised January 1, 2007]

**Proof of Service of Summons**

Invoice No: 765682-02

Code of Civil Procedure, §417.10